1341 Crossways Blvd.
Chesapeake, VA 23320
(757) 224-1111
Fax: (757) 222-8013



**NORFOLK DIVISION**
**FILED OCT 12 2011**
**CLERK U.S. BANKRUPTCY COURT**

October 6, 2011

United States Bankruptcy Court Eastern District
Attn: Clerk of Court
600 Granby Street Room 400
Norfolk, Virginia 23510-1915

**RE: 11-70304 Teresa Lache Aguilar**

Madam Clerk:

Please withdraw our claim number 7 which is a duplicate of our claim number 6. Thanks for your assistance in this matter.

Thank you,


Chasity Holland-Jones
Collections Advocate
Phone: **(757) 222-8073**